# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,

                                                            Crim. No. 16-CR-246(3) (JRT/FLN)

v.

W. Jeffrey Taylor,

                        Defendant.

## MOTION TO JOIN

Defendant W. Jeffrey Taylor, through the undersigned attorney, respectfully moves this Court to join Defendant Ruzicka's Motion to Amend Motion for a New Trial Based on William Austin's Perjury [Doc. 573]. Mr. Austin's credibility is critical on the issue of Archer Consulting, Defendant Taylor was convicted on Count 4, relating to Archer Consulting payments. If the Court grants Mr. Ruzicka's request for a hearing and stay of sentence, Defendant Taylor asks to be able to participate in the hearing and receive a stay of sentencing as well.

Date:  November 30, 2018                            Respectfully submitted,

                                           By:     */s/ William J. Mauzy*
                                                         William J. Mauzy (#68974)
                                                         Casey T. Rundquist (#0390475)
                                                          800 Hennepin Avenue
                                                          Suite 800
                                                          Minneapolis, MN 55403
                                                          (612) 340-9108
                                                          *Attorney for Defendant*