# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-246 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JEROME C. RUZICKA (1), and W. JEFFREY TAYLOR (3), | |
| Defendants. | |

> Benjamin Langner, Surya Saxena, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for plaintiff.
>
> John C. Conard, **JOHN C. CONARD PLLC,** 310 Fourth Avenue South, Suite 5010, Minneapolis, MN 55415, for defendant Ruzicka.
>
> William J. Mauzy, Casey T. Rundquist, **LAW OFFICES OF WILLIAM J. MAUZY,** 510 First Avenue North, Suite 610, Minneapolis, MN 55403, for defendant Taylor.

Defendants Ruzicka and Taylor are currently required to voluntarily surrender to the Bureau of Prisons on March 11, 2019. The Court will rule on a motion filed recently by defendant Ruzicka before issuing the final judgments and sentencing memorandum in this case.

Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** the voluntary surrender date for defendants Ruzicka and Taylor is now set for 11:00 a.m. on April 22, 2019 at a facility as designated by the Bureau of Prisons.

DATED: March 4, 2019  
at Minneapolis, Minnesota

                                            s/John R. Tunheim  
                                            JOHN R. TUNHEIM  
                                                Chief Judge  
                                      United States District Court