# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-246 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JEROME C. RUZICKA (1),<br>and<br>W. JEFFREY TAYLOR (3), | |
| Defendants. | |

>Benjamin Langner, Surya Saxena, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for plaintiff.
>
>John C. Conard, **JOHN C. CONARD PLLC,** 310 Fourth Avenue South, Suite 5010, Minneapolis, MN 55415, for defendant Ruzicka.
>
>William J. Mauzy, Casey T. Rundquist, **LAW OFFICES OF WILLIAM J. MAUZY,** 510 First Avenue North, Suite 610, Minneapolis, MN 55403, for defendant Taylor.

Defendants Ruzicka and Taylor are currently required to voluntarily surrender to the Bureau of Prisons on April 22, 2019 and recently filed motions to extend that date. (Docket Nos. 661, 662)

Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Defendant Taylor's Second Motion for Extension of Time to Surrender (Docket No. 661) and Defendant Ruzicka's First Motion for Joinder of Defendant Taylor's Motion to Extend Report date (Docket No. 662) are **GRANTED.** The

voluntary surrender date for defendants Ruzicka and Taylor is now set for 11:00 a.m. on June 3, 2019 at a facility as designated by the Bureau of Prisons.

DATED: April 12, 2019  
at Minneapolis, Minnesota                               s/John R. Tunheim_____  
                                                     JOHN R. TUNHEIM  
                                                       Chief Judge  
                                                United States District Court