UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal No. 16-246(3) (JRT/SER) |
| Plaintiff, | **FINAL ORDER** |
| v. | **OF FORFEITURE** |
| WILLIAM JEFFREY TAYLOR, | |
| Defendant, | |

---

Craig Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

William J Mauzy, Casey Rundquist, **MAUZY LAW PA,** 800 Hennepin Avenue, Suite 800, Minneapolis, MN 55403, for defendant.

On May 15, 2019, this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeiting $30,000 in funds or other holdings from a Paychex Retirement Services 401(k) Profit Sharing Plan and Trust, Plan Number 153205, in the name of Archer Consulting, Inc., to the United States;

On September 24, 2019, this Court entered an Amended Preliminary Order of Forfeiture ordering Paychex Retirement Services to remit or cause to be remitted to the United States $30,000 from the above-referenced profit sharing trust and plan;

The Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on May 22, 2019,

providing notice of the government's intention to dispose of the above-described property in accordance with law and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

No petitions have been filed with the Clerk of Court, and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 713] is **GRANTED**;

2. All right, title and interest in $30,000 disbursed from the plan account attributable to William Jeffrey Taylor under the Archer Consulting, Inc. 401(k) Profit Sharing Plan and Trust, Plan Account Number 153205, is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c); and

3. The above-described property shall be disposed of by the United States in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 6, 2020
at Minneapolis, Minnesota

                                            s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court