# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

        Plaintiff,

v.

W Jeffrey Taylor,

        Defendant.

Case No. 16-cr-246(3) JRT/SER

**JUDGMENT IN A CRIMINAL CASE**

**(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 713] is GRANTED;

2. All right, title and interest in $30,000 disbursed from the plan account attributable to William Jeffrey Taylor under the Archer Consulting, Inc. 401(k) Profit Sharing Plan and Trust, Plan Account Number 153205, is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c); and

3. The above-described property shall be disposed of by the United States in accordance with law.

Date: March 9, 2020

KATE M. FOGARTY, CLERK

s/Cara Kreuziger

By: Cara Kreuziger
Deputy Clerk