UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-CR-246 (JRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **NOTICE OF APPEARANCE**

JEROME C. RUZICKA,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Kimberly A. Svendsen

Dated: October 2, 2020        Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Kimberly A. Svendsen*

BY:  KIMBERLY A. SVENDSEN
Assistant U.S. Attorney
Attorney ID No. 235785CA